AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Idaho

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.    1:20-mj-00126-CWD
THE RESIDENCE AT 21012 PECKHAM )
ROAD, GREENLEAF, IDAHO )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Idaho _____
*(identify the person or describe the property to be searched and give its location):*
Premises, certain vehicles, and outbuildings (described in further detail below in Attachment "A" and within this affidavit).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

YOU ARE COMMANDED to execute this warrant on or before    May 25, 2020    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Candy W. Dale   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    May 11, 2020
5:52 p.m.    _____
    *Judge's signature*

City and state:    Boise, ID    Hon. Candy W. Dale, U.S. Magistrate Judge
    *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

Case No.: 1:20-mj-00126-CWD

Date and time warrant executed: 5-14-2020 / 6:00 AM

Copy of warrant and inventory left with: SAKHANN OUCH

Inventory made in the presence of: SA BRANDON POGGI

Inventory of the property taken and name(s) of any person(s) seized:

SEE ATTACHED DEA FORM 12

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-18-2020

Executing officer's signature

Justin Bloxham, Special Agent
Printed name and title

**REVIEWED**
By Candy Dale at 9:28 am, May 19, 2020

Dated: **May 19, 2020**

Candy W. Dale
United States Magistrate Judge

G20  U.S. GOVERNMENT PRINTING OFFICE: 2017 - 400-762

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
PAUL LIETZ (RESIDENCE)
21012 PECKHAM RD.
GREENLEAF, IDAHO

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 05-14-2020

**DIVISION/DISTRICT OFFICE**
BOISE D.O.

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| UNKNOWN AMOUNT | UNITED STATES CURRENCY FROM ROOM 4, 10, 8 | SAFEKEEPING AND SEIZURE OF EVIDENCE |
| 1 | VAPE CASE, POSSIBLE MARIJUANA (crossed out) | |
| 1 | PILL BOTTLE CONTAINING OXYCODONE (crossed out) | |
| 1 | WHITE PHONE FROM SAFE (LIVING ROOM) | |
| 1 | BLACK PHONE FROM DINING AREA | |
| 8 | PILL BOTTLES FROM ROOM #8 (crossed out) | |
| 1 | PHONE FROM BEDROOM #8 (crossed out) | |
| 1 | SONY HAND CAM #8 | |
| 1 | HP LAPTOP #8 | |

**RECEIVED BY (Signature)** [signed] 5-14-2020
**NAME AND TITLE (Print or Type)** BRANDON POGGI

**WITNESSED BY (Signature)** [signed] 5-14-2020
**NAME AND TITLE (Print or Type)** CODY KERR

FORM DEA-12 (9-00) Previous editions obsolete