BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE RESIDENCE AT 21012 PECKHAM ROAD, GREENLEAF, IDAHO. | Case No. 1:20-mj-00126-CWD<br><br>**GOVERNMENT'S REPSONSE TO MOTION FOR RECONSIDERATION (DKT. 10)** |

      The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby responds to Petitioner Paul Lietz's motion for reconsideration of this Court's order to unseal search warrant filings.

      Petitioner moved to unseal court records pertaining to 1:20-mj-00126-CWD. (Docket #4). The government did not oppose. (Docket #6.) This Court granted the Petitioner's motion and unsealed the search warrant, affidavit, and search warrant return for the purposes of allowing Petitioner access to the same. (*Id*.) Notwithstanding this Court's Order, the Petitioner now moves to reconsider the Court's Order, seeking an order to "unseal all documents that are contained in Case Number 1:20-mj-00126-CWD." (Docket # 10.)

**GOVERNMENT'S REPSONSE TO MOTION FOR RECONSIDERATION (DKT. 10) - 1**

The government has no objection to the Petitioner's request to obtain all documents contained in case number 1:20-mj-00126-CWD. The government asks this Court to provide the defendant with a docket sheet which lists each entry on this case and to have the clerk's office print and mail a copy of each docket entry to the Petitioner.

To the extent that the Petitioner seeks to unseal this case as to the general public, the Government opposes. The search warrant affidavit contains evidence of criminal conduct by un-indicted individuals in an on-going investigation, to include T.P., J.V., C.R., W.P, S.R., D.H., and S.O. (initial used in this filing, whereas the affidavit contains these individual's full names). While the public has a qualified common law right of access to warrant materials after an investigation has been terminated, it has no such right of access to warrant materials in the "midst of a pre-indictment investigation. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citing *Times Mirror Co. v. United States*, 873 F.2d 1210, 1219 (9th Cir. 1989).

Therefore, the Government requests this Court to enter an order unsealing the entire docket of Case No. 20-mj-00126-CWD, for the sole purpose of allowing Petitioner access to each document filed in the case.

Respectfully submitted this 1st day of February, 2021.

> BART M. DAVIS
> UNITED STATES ATTORNEY
> By:
>
> */s/ Christian S. Nafzger*
> CHRISTIAN S. NAFZGER
> Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2021, the foregoing **GOVERNMENT'S REPSONSE TO MOTION FOR RECONSIDERATION (DKT. 10)** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| Paul Lietz<br>P.O. Box 266<br>Greenleaf, ID 83626 | ☒ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☐ E-mail |
|---|---|

        */s/ Wendy Wheeler*
        Legal Assistant

**GOVERNMENT'S REPSONSE TO MOTION FOR RECONSIDERATION (DKT. 10) - 4**